THE HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CHINOOK VENTURES, INC., a Nevada corporation, | ) ) No. 14-cv-05456-BHS |
| Plaintiff, | ) |
| vs. | ) ) |
| NORTHWEST ALLOYS, INC., a Delaware corporation; ALCOA INC., a Pennsylvania corporation; BANK OF AMERICA CORPORATION, a Delaware corporation, | ) ) ORDER TO SHOW CAUSE ) ) ) |
| Defendants. | ) ) |

This matter having come before the Court on the motion of Defendants Northwest Alloys, Inc. ("NWA") and Alcoa Inc. ("Alcoa") in the above-entitled action for an Order to Show Cause requiring Plaintiff Chinook Ventures, Inc. to appear and show cause why an order dismissing all of Plaintiff's claims in the above-entitled action, and why an order of default against Plaintiff Chinook Ventures, Inc. should not be entered. This Court having considered the following:

1. The Motion for Order to Show Cause;

2. The Declaration of Jonathan K. Sitkin in Support of the Motion for Order to Show Cause; and

3. The pleadings of record.

ORDER TO SHOW CAUSE - 1

Based upon the foregoing, the Court finds and concludes that there are reasonable grounds for granting such relief pursuant to Local Rule CR 82.3 and prior orders of this Court; **NOW, THEREFORE**,

**IT IS HEREBY ORDERED** that Plaintiff Chinook Ventures, Inc. is **ORDERED TO SHOW CAUSE** by March 13, 2015 why an order of default should not be entered against Plaintiff Chinook Ventures, Inc. in accordance with the motion and Local Rule CR 83.2, and a dismissal of the Plaintiff's claims in its complaint be entered in accordance with the motion and Local Rule CR 83.2 due to its failure to obtain a replacement attorney.

**IT IS FURTHER HEREBY ORDERED** that if Plaintiff Chinook Ventures, Inc. fails to show cause by March 13, 2015, then the Court will enter an order dismissing the Plaintiff's claims with prejudice and enter default on Defendant NWA's counterclaims, and may grant such other relief as prayed for by the Defendants as provided for by law.

Dated this 24th day of February, 2015.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented By:

_____
Jonathan K. Sitkin, WSBA #17604
Seth A. Woolson, WSBA #37973
**CHMELIK SITKIN & DAVIS P.S.**
1500 Railroad Avenue
Bellingham, WA  98225
Tel: (360) 671-1796
Fax: (360) 671-3781
Email: jsitkin@chmelik.com
Email: swoolson@chmelik.com
Co-counsel for Northwest Alloys, Inc.
and Alcoa Inc.

And by:

_____
John C. Bjorkman, WSBA #13426
Joanne M. Hepburn, WSBA #32841
Benjamin A. Mayer, WSBA #45700
**K&L GATES, LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA  98104
Tel: (206) 623-7580
Fax: (206) 623-7022
Email: john.borkman@klgates.com
Email: joanne.hepburn@klgates.com
Email: ben.mayer@klgates.com
Co-Counsel for Northwest Alloys, Inc.
and Alcoa Inc.

F:\CLIENTS I-Q\MBTL\CVI Holdback and LOC\CVI v. NW Alloys\Pleadings\Order to Show Cause_2-17-15.docx

ORDER TO SHOW CAUSE - 3

**CHMELIK SITKIN & DAVIS** P.S.
ATTORNEYS AT LAW

1500 Railroad Avenue Bellingham, Washington 98225
phone 360.671.1796  •  fax 360.671.3781